IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TIMOTHY G. PRYER                                           PLAINTIFF

VERSUS                              CIVIL ACTION NO. 3:07cv707-WHB-LRA

HALEY BARBOUR, Governor of Mississippi;
JIM HOOD, Attorney General of Mississippi;
PAUL S. FUNDERBURK, Judge;
THOMAS J. GARDNER III, Judge;
SHARION AYCOCK, Judge;
JOHN R. YOUNG, District Attorney;
LORI NAIL BASHAM, Public Defender;
and JOHN HELMERT, Public Defender                         DEFENDANTS

## FINAL JUDGMENT

   This cause is before the court, sua sponte, for

consideration of dismissal.  Pursuant to the memorandum opinion

issued this day, it is hereby,

   ORDERED AND ADJUDGED that the plaintiff's habeas claims are

dismissed without prejudice and his claims pursuant to 28 U.S.C.

§§ 1343, 1651, and 2201 and his conspiracy claim, RICO claim and

his claim based on the International Covenant on Civil and

Political Rights are dismissed with prejudice for failure to

state a claim, see 28 U.S.C. § 1915(e)(2)(B)(ii).  The dismissal

of this civil action will count as a strike in accordance with 28

U.S.C. § 1915(g).

   This the 20th day of May, 2008.


                         s/William H. Barbour, Jr.
                         UNITED STATES DISTRICT JUDGE